### Ex Parte Satirichi.

## Apelación procedente de la Corte de Distrito de Ponce.

No. 57.　Resuelto en Octubre 13, 1905.

Habeas Corpus.—Apelación.—Falta de jurisdicción.—El recurso de apelación en procedimientos de *habeas corpus* solo procede contra las resoluciones definitivas de los Jueces de Distrito, y una resolución de un Juez declarándose incompetente para conocer de una solicitud es equivalente en su naturaleza, á una resolución denegando la expedición del mandamiento de *habeas corpus,* y no es, por tanto, apelable, sin que altere la naturaleza de tal resolución la circunstancia de que el Juez admitiera fianza al peticionario mientras consideraba y resolvía la solicitud.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El peticionario en esta causa, Leandro Satiriche, fué acusado ante la Corte de Distrito de Ponce, el 3 de marzo de 1904, del delito de libelo, y celebrado el juicio el 17 de junio fué declarado culpable y condenado á cuatro meses de prisión, y al pago de las costas.　Contra esta sentencia el acusado interpuso recurso de apelación para ante el Tribunal Supremo, y en 31 de mayo de 1905 quedó confirmada en todas sus partes la sentencia dictada por la corte inferior.　El día 29 de junio de 1905 solicitó del

Hon. José Tous Soto, Juez de la Corte de Distrito de Ponce, el auto de *habeas corpus*. Dicho juez puso en libertad provisional al referido preso, bajo fianza, hasta celebrarse la vista, la que tuvo lugar el día 10 del siguiente mes de julio. En dicha fecha el juez de distrito á quien se presentó el citado escrito solicitando el auto de *habeas corpus* después de consignar los hechos, y exponer detenidamente la historia de la causa, dictó sentencia redactada en las siguientes palabras:

"Por tanto la Corte debe declararse, como por la presente se declara, sin jurisdicción para considerar esta petición de habeas corpus, en la cual se sobresee, con las costas de oficio, cancelándose la fianza prestada por los acusados para permanecer en libertad durante la sustanciación de este auto, y quedando los mismos bajo la custodia en que se encontraban al formular esta petición."

Contra esta sentencia del Juez de la Corte de Distrito, el peticionario interpuso recurso de apelación para ante esta Corte y suplicó al citado juez que fijara la fianza mientras se resolviese la apelación, á lo que dicho juez se negó trasmitiendo el asunto al Tribunal Supremo.

La causa de Satiriche, en sus elementos esenciales es casi igual á la de Luis Felipe Dessús, resuelta por esta Corte el día 9 de octubre de 1905, y yo estoy completamente de acuerdo con el dictamen emitido por el juez Sr. MacLeary en dicha causa.

Esta Corte carece de jurisdicción para considerar la presente apelación, la que debe por lo tanto, desestimarse.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.